1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   Eric Danoff (State Bar #60915)
2  Kevin Odell (State Bar #154570)
   49 Stevenson Street, Suite 400
3  San Francisco, CA 94105
   Telephone:    415-227-9455
4  Facsimile:    415-227-4255
   E-Mail:       edanoff@edptlaw.com
5
   Attorneys for Plaintiff
6  Korea Line Corp.
7

**FILED**

MAR 2 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8
9                 UNITED STATES DISTRICT COURT
10                EASTERN DISTRICT OF CALIFORNIA

11  KOREA LINE CORP.                    Case No.: 2:09-CV- 781 FCD DAD

12           Plaintiff,                 [PROPOSED] ORDER FOR ISSUANCE
                                        OF PROCESS OF MARITIME
13       vs.                            ATTACHMENT

14  COSCO BULK CARRIER CO., LTD.,

15           Defendant.

16

17       The Court has reviewed the Complaint requesting issuance of process of maritime

18  attachment and the Declaration of Kevin Odell supporting the application for such process. The

19  Court finds that the conditions for maritime attachment set forth in FRCP Supplemental

20  Admiralty Rule B appear to exist. It is therefore ordered that:

21       1.    The Clerk of this Court shall forthwith issue process of maritime attachment as

22  prayed for in the Complaint. Attachment shall issue against the assets in this District of

23  defendant Cosco Bulk Carrier Co., Ltd., including the ship HUANG SHAN HAI, up to the

24  amount of $10,832,973. The crew of the ship is to be allowed to remain aboard and perform

25  their usual duties, and the ship is to be allowed to load and discharge, but not to leave the Port of

26  Stockton absent further order of this Court.

27

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

                                    - 1 -
ORDER FOR ISSUANCE OF PROCESS AND MARITIME ATTACHMENT
Case No
G \66000 002\Pleadings\Attachment Order doc

1       2.      Any person claiming an interest in the assets attached shall be entitled upon

2   application to the Court to a prompt hearing, at which the Plaintiff shall be required to show why

3   the attachment should not be vacated or other relief granted.

4

5   DATED: March 20, 2009

    JUDGE OF THE UNITED STATES DISTRICT COURT

6       FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ZMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

ORDER FOR ISSUANCE OF PROCESS AND MARITIME ATTACHMENT
Case No
G \66000 002\Pleadings\Attachment Order doc