EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Eric Danoff (State Bar #60915)
Kevin Odell (State Bar #154570)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415-227-9455
Facsimile: 415-227-4255
E-Mail: edanoff@edptlaw.com

Attorneys for Plaintiff
Korea Line Corp.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOREA LINE CORP.<br><br>          Plaintiff,<br><br>vs.<br><br>COSCO BULK CARRIER CO., LTD.,<br><br>          Defendant. | Case No.: 2:09-cv-00781-FCD-DAD<br><br>**APPLICATION FOR ORDER RELEASING MARITIME ATTACHMENT; ORDER RELEASING MARITIME ATTACHMENT** |

**APPLICATION FOR ORDER RELEASING MARITIME ATTACHMENT**

At the request of plaintiff Korea Line Corp., on March 20, 2009, the Court issued an Order for Issuance of Process of Maritime Attachment. Pursuant to that Order the Clerk of the Court issued a Process of Maritime Attachment. Pursuant to the Order and the Process, the U.S. Marshals Service on March 21, 2009, attached the vessel HUANG SHAN HAI. The owners of the vessel now have posted security acceptable to Korea Line, which therefore respectfully requests the Court to order the release of the attachment.

Dated: April 1, 2009          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP


By    /s/
      Eric Danoff
Attorneys for Plaintiff
Korea Line Corp.

- 1 -

Application for Release from Attachment; Order Releasing Attachment
Case No. 09-cv-00781-FCD-DAD
C:\Windows\Temp\notes101AA1\Application for Release of Attachment.doc

## ORDER RELEASING MARITIME ATTACHMENT

At the request of plaintiff Korea Line, and good cause appearing, the Court hereby releases the attachment of the vessel HUANG SHAN HAI and orders the U.S. Marshals Service to immediately release that vessel from its custody. Upon release of the vessel the U.S. Marshals Service shall be discharged from any and all further duties and responsibilities for safekeeping of the vessel.

DATED: April 1, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

Application for Release from Attachment; Order Releasing Attachment
Case No. 09-cv-00781-FCD-DAD
C:\Windows\Temp\notes101AA1\Application for Release of Attachment.doc