EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
Eric Danoff (State Bar #60915)
Kevin Odell (State Bar #154570)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: 415-227-9455
Facsimile: 415-227-4255
E-Mail: edanoff@edptlaw.com

Attorneys for Plaintiff
Korea Line Corp.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOREA LINE CORP.<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>COSCO BULK CARRIER CO., LTD.,<br><br>　　　　　Defendant. | Case No.: 2:09-CV-00781-FCD-DAD<br><br>**ORDER STAYING ACTION PENDING ARBITRATION** |

**APPLICATION FOR ORDER STAYING ACTION PENDING ARBITRATION**

　　　　Plaintiff Korea Line Corp. filed the Complaint in this action on March 20, 2009. The case involves alleges breaches of a charter party (lease of a ship) between Korea Line and defendant Cosco Bulk Carrier ("Cosbulk"). The charter party calls for arbitration in London, U.K. At the request of Korea Line, on March 20, 2009, the Court issued an Order for Issuance of Process of Maritime Attachment. Pursuant to that Order the Clerk of the Court issued a Process of Maritime Attachment. Pursuant to the Order and the Process, the U.S. Marshals Service on March 21, 2009, attached the vessel HUANG SHAN HAI. Cosbulk subsequently posted security, including a Bond that has been filed in this action, and on April 1, 2009, at the request of Korea Line, the Court released the attachment.

　　　　Korea Line intends to initiate arbitration in London in the near future. The arbitration may take months or years to complete. In the meantime no further activity is anticipated in this

action, but the security Cosbulk posted should remain in place. Korea Line therefore requests that this action be stayed indefinitely pending arbitration in London.

Dated: April 6, 2009     EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By     /s/
      Eric Danoff
Attorneys for Plaintiff
Korea Line Corp.

## ORDER STAYING ACTION PENDING ARBITRATION

At the request of plaintiff Korea Line, and good cause appearing, the Court hereby indefinitely stays this action pending arbitration of the underlying disputes in London, U.K. Plaintiff Korea Line shall promptly notify the Court when the arbitration (including appeals, if any) is completed.

Dated: April 7, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105